AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| GEORGE S. LAKNER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-00270-JAM |
| JP MORGAN CHASE BANK, NA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE PLAINTIFF, GEORGE S. LAKNER

Date: 03/04/2021

*Attorney's signature*

MICHAEL J. HABIB, ESQ. (CT29412)
*Printed name and bar number*

WILLCUTTS & HABIB LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500

*Address*

MIKE@INZITARILAWOFFICE.COM
*E-mail address*

(860) 249-7071
*Telephone number*

(860) 863-4625
*FAX number*